# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 27, 2021

161606 & (92)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

WILLIAM MATTHEW WORKMAN,
      Defendant-Appellant.

SC: 161606
COA: 340893
Clinton CC: 17-009801-FH

_____/

On order of the Court, the motion to amend application is GRANTED. The application for leave to appeal the March 5, 2020 judgment of the Court of Appeals is considered. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE Part VI of the judgment of the Court of Appeals. The defendant preserved his objection to the admission of unauthenticated business records. Although the Court of Appeals cited the standard for preserved evidentiary error, see *People v Lukity*, 460 Mich 484, 495-496 (1999), it appeared to apply the plain error standard governing unpreserved claims, see *People v Carines*, 460 Mich 750, 764 (1999). We REMAND this case to the Court of Appeals for reconsideration of this issue under the *Lukity* standard. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 27, 2021



t0419

Clerk